JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BERNABE CABRERA RAMIREZ,

Petitioner,

v.

WARDEN, ADELANTO ICE
PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-01447-RGK-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED:  June 10, 2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE